UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARLENE LINNON AND RICHARD LINNON, | : | CIVIL ACTION NO. 3:20-cv-00596-VAB |
| Plaintiffs, | : | |
| v. | : | |
| JOHNSON & JOHNSON INC. et al., | : | JULY 20, 2020 |
| Defendants. | : | |

## CONSENT ORDER PARTIALLY RESOLVING DEFENDANTS' OCTOBER 15, 2018 MOTION FOR PARTIAL SUMMARY JUDGMENT AND STIPULATION OF DISMISSAL OF CERTAIN CLAIMS WITH PREJUDICE

**THIS MATTER** having been opened to the Court by Defendants Ethicon, Inc., and Johnson & Johnson (collectively, "Defendants"), on motion seeking an Order granting partial summary judgment (the "Motion")(doc. #16); and the Plaintiffs having agreed to dismiss certain counts that were the subject of the Motion; and for good cause appearing;

**IT IS** on this _14th_ day of _October_, 2020,

**ORDERED** that Defendants Ethicon, Inc., and Johnson & Johnson's Motion for Partial Summary Judgment is **MOOT as to the following causes of action** based upon the parties' agreement to stipulate to the dismissal of the following claims with prejudice and without costs:

1. Count I: Negligence – Failure to Warn and Manufacturing Defect;

2. Count II: Strict Liability – Manufacturing Defect;

3. Count III: Strict Liability – Failure to Warn;

4. Count IV: Strict Liability – Defective Product;

5.      Count VI:   Common Law Fraud;

6.      Count VII:   Fraudulent Concealment;

7.      Count VIII:   Constructive Fraud;

8.      Count IX:   Negligent Misrepresentation;

9.      Count X:   Negligent Infliction of Emotional Distress;

10.      Count XI:   Breach of Express Warranty;

11.      Count XII:   Breach of Implied Warranty;

12.      Count XIII:   Violation of Consumer Protection Laws;

13.      Count XIV:   Gross Negligence; and

14.      Count XV:   Unjust Enrichment.

**IT IS FURTHER ORDERED** that the following claims remain in this case:

1.      Count I:   Negligence – Design Defect under the Connecticut Product Liability Act;

2.      Count V:   Strict Liability – Design Defect under the Connecticut Product Liability Act;

3.      Count XVI:   Loss of Consortium;

4.      Count XVII:   Punitive Damages; and

5.      Count XVIII:   Discovery Rule and Tolling.

Consented to, stipulated, and agreed by:

Dated:  July 20, 2020

/s/ Robert R. Simpson
Robert Reginald Simpson

CARLTON FIELDS, P.C.
One State Street, Suite 1800
Hartford, CT 06103
(860)-392-5000
rsimpson@carltonfields.com

/s/ Lauren R. Greenspoon
Lauren R. Greenspoon

CARLTON FIELDS, P.C.
One State Street, Suite 1800
Hartford, CT 06103
(860)-392-5000
lgreenspoon@carltonfields.com

ATTORNEYS FOR
DEFENDANTS ETHICON, INC.
AND JOHNSON & JOHNSON

/s/ Tracie L. Palmer
Tracie L. Palmer
To Be Admitted Pro Hac Vice

KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
(215) 772-0428
tracie.palmer@klinespecter.com

/s/ David M. Bernard
David M. Bernard

KOSKOFF, KOSKOFF &
BIEDER, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tel.: (203) 336-4421
Fax: (203) 368-3244
Email: dbernard@koskoff.com

ATTORNEYS FOR PLAINTIFFS
MARLENE LINNON AND
RICHARD LINNON

Entered by:

Dated:  10/14/2020

_____
HON. ALFRED V. COVELLO, U.S.D.J